UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:            Chapter 13
                                     08-52769-MBM
Collins/Willie D.            Judge McIvor
Debtor(s)
_____/

## STIPULATION RESOLVING US BANK, NAS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Collins/Willie D., ("Debtor(s)"), by and through counsel, Jack L. Berman, and US BANK, NA, ("Creditor"), by and through its counsel, SCHNEIDERMAN & SHERMAN, P.C., hereby stipulate to the following:

That the Debtor(s) shall have the Court approve of the plan modification filed November 30, 2010 at DN 37 or any amended modification. Failure to confirm the plan modification will result in a default. If a default occurs, creditor may file an affidavit of default attesting to the failure of the debtor to confirm the plan modification and creditor may there after submit an order granting relief of the automatic stay to the Court for signature without further notice or hearing required.

That should the Debtor default in any future payments to the Chapter 13 Trustee, Creditor may file with the Court and serve upon the Debtor, Debtor's counsel, and the Chapter 13 Trustee, an Affidavit of Default; that in the event that the Default is not then cured 100 percent on the trustee's records within 30 days from the date of service of said Affidavit, Creditor may submit an Order Granting Relief from the Automatic Stay to the Court, and Relief from the Automatic Stay shall be granted as to Creditor regarding the

Property known as 19941 Anita Street, Harper Woods, MI 48225, without further notice, motion or hearing being required.

That Creditor is permitted to file a supplemental claim for fees and costs associated with bringing this motion; that in the event it is necessary for Creditor to file an Affidavit of Default, Creditor is permitted to file a supplemental claim for said Affidavit and each subsequent Affidavit.

Approved for entry:

| | |
|---|---|
| __/S/  Brett A. Border__ | _/s/Jack Berman_____ |
| Brett A. Border(P65534) | Jack L. Berman (P10737) |
| bborder@sspclegal.com | jackbermanatty@sbcglobal.net |
| SCHNEIDERMAN & | Attorney for Debtors |
| SHERMAN, P.C. | 23650 Woodward Ave. |
| Attorney for Creditor | Pleasant Ridge, MI 48069 |
| 23938 Research Drive, Suite 300 | 248-548-6000 |
| Farmington Hills, Michigan 48335 | |
| 248-539-7400 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                         Chapter 13
                                                          08-52769-MBM
Collins/Willie D.                                         Judge McIvor
Debtor(s)
_____/

## ORDER PURSUANT TO STIPULATION RESOLVING US BANK, NAS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Collins/Willie D., ("Debtor(s)"), by and through counsel, Jack L. Berman, and US BANK, NA, ("Creditor"), by and through its counsel, SCHNEIDERMAN & SHERMAN, P.C., hereby stipulate to the following; and the Court, being fully advised of the premises of this matter ad finding good cause to grant the Relief requested:

IT IS HEREBY ORDERED, that the Debtor(s) shall have the Court approve of the plan modification filed November 30, 2010 at DN 37 or any amended modification. Failure to confirm the plan modification will result in a default. If a default occurs, creditor may file an affidavit of default attesting to the failure of the debtor to confirm the plan modification and creditor may there after submit an order granting relief of the automatic stay to the Court for signature without further notice or hearing required.

IT IS HEREBY ORDERED, that should the Debtor default in any future payments to the Chapter 13 Trustee, Creditor may file with the Court and serve upon the Debtor, Debtor's counsel, and the Chapter 13 Trustee, an Affidavit of Default; that in the event that the Default is not then cured 100 percent on the trustee's records within 30 days from the date of service of said Affidavit, Creditor may submit an Order Granting Relief from the Automatic Stay to the Court, and Relief from the Automatic Stay shall be

granted as to Creditor regarding the Property known as 19941 Anita Street, Harper Woods, MI 48225, without further notice, motion or hearing being required.

IT IS FURTHER ORDERED, that Creditor is permitted to file a supplemental claim for fees and costs associated with bringing this motion; that in the event it is necessary for Creditor to file an Affidavit of Default, Creditor is permitted to file a supplemental claim for said Affidavit and each subsequent Affidavit.